1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | Case No.  CV 18-01425-AB (JPRx) |
|---|---|
| Pauline Randell, | |
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| Princess Cruise Lines, Ltd., et al., | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  April 29, 2019          _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE